UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GALLAHER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:12-cv-04943-EL |
| | ) |
| COMMERCIAL RECOVERY SYSTEMS, INC. and NICKI BOWSER and LANA CARTER, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JENNIFER GALLAHER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/Jason M Rettig
Jason M Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040
Phone :(267) 879-9054
E-mail: rettiglaw@yahoo.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

> /s/ Jason M Rettig
> Jason M Rettig
> Attorney for Plaintiff