UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JENNIFER GALLAHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-cv-04943-EL |
| ) | |
| COMMERCIAL RECOVERY ) | |
| SYSTEMS, INC. and ) | |
| NICKI BOWSER and ) | |
| LANA CARTER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff, JENNIFER GALLAHER ("Plaintiffs"), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, COMMERCIAL RECOVERY SYSTEMS, INC. and NICKI BOWSER and LANA CARTER, ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

By: /s/Jason M Rettig
Jason M Rettig, Esquire
100 W Monument Ave
Hatboro, PA 19040
Phone :(267) 879-9054
E-mail: rettiglaw@yahoo.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

/s/ Jason M Rettig
Jason M Rettig
Attorney for Plaintiff
